PROB 12C
(7/93)

Report Date: December 29, 2011

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 29 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Maxwell D. Jones                Case Number: 2:05CR00067-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Spokane, WA 99218

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 3/21/2006

Original Offense:   Possession of Stolen Firearm, 18 U.S.C. § 922(j)

Original Sentence:  Prison - 57 Months;          Type of Supervision: Supervised Release
                    TSR - 36 Months

Asst. U.S. Attorney: U.S. Attorney's Office      Date Supervision Commenced: 6/17/2009

Defense Attorney:    Richard Mount               Date Supervision Expires: 6/16/2012

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On December 27, 2011, Mr. Maxwell Jones notified the U.S. Probation Office, through voice mail, that he had been arrested for possession of a controlled substance on December 25, 2011. A criminal records check was conducted and revealed that on December 25, 2011, Mr. Jones was arrested and booked into jail by the Spokane County Sheriff's Office for possession of less than 40 grams of marijuana, and possession of a controlled substance, Oxycodone Hydrochloride, under incident # 11-396458. Subsequently, following processing for this arrest, he was released from custody. |
| 2 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: As evidenced by Mr. Jones' arrest on December 25, 2011, Mr. Jones was in possession of both marijuana and Oxycodone Hydrochloride. |

Prob12C
Re: Jones, Maxwell D.
December 28, 2011
Page 2

| | |
|---|---|
| 3 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: During Mr. Jones' arrest on December 25, 2011, he reported to the arresting officer that he has been "smoking Oxy's for over a year and can't stop." |
| 4 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |
| | **Supporting Evidence**: According to the police report associated with Mr. Jones' arrest on December 25, 2011, Mr. Jones was meeting with another individual in order to purchase Oxycodone, via a trade for cash and marijuana. A criminal records check of the other individual associated with Mr. Jones' arrest reveals a felony conviction history. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/29/2011

s/M.D. Elvin

M.D. Elvin
Deputy Chief U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/29/2011
Date